# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DANNY L. HOERMLE, | Case No. 3:17-cv-0003 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO REMAND (DOC. 10)

This case is before the Court on the parties' Joint Motion to Remand (Doc. 10) this case to the Commissioner of Social Security. Due notice having been given, and the Court being fully advised, the Court orders this case **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council shall vacate all findings in the Administrative Law Judge's decision. The Commissioner shall conduct further proceedings and develop the record as necessary to determine if Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing before an Administrative Law Judge, and then issue a new decision.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 6, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE