IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DANNY L. HOERMLE,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-3

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #17) is **ADOPTED** in full;

2. Plaintiff's counsel's initial motion (Doc. #15) for attorney's fees under § 406(b) is **DENIED** as moot;

3. Plaintiff's counsel's amended motion (Doc. #16) is **GRANTED** (and counsel is **AWARDED** $7,609.00 in attorney's fees);

4. Plaintiff's counsel shall reimburse Plaintiff, within **FOURTEEN (14) DAYS**, the EAJA fee previously awarded to counsel; and

5. This case remains terminated on the docket of this Court.

Date: July 8, 2020

\*s/Thomas M. Rose

Thomas M. Rose
United States District Judge